# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

UNITED STATES OF AMERICA,

      Plaintiff,

v.　　　　　　　　　　　　　　　　CRIMINAL CASE NO:  3:18cr60(02)
　　　　　　　　　　　　　　　　　　　　　　(GROH)

VICTOR RAMEL CHANCLER WITCHER,

      Defendant.

### DEFENDANT WITCHER'S MOTION TO CONTINUE SENTENCING

Comes now, Defendant Witcher and moves this Court to continue his sentencing hearing from September 23, 2019 to a date after October 8, 2019.  In support of his motion, Defendant states the following:

1. That Defendant appeared on May 13, 2019 for a change of plea hearing pursuant to a plea agreement.

2. That by paperless order [Doc. 79] this Court set Defendant's sentencing for Monday, September 23, 2019 @ 1:30 p.m.

3. That Co-defendant Larry Allen Lyons' trial is now set for October 8, 2019.

4. That Defendant's sentencing may take longer than normal as he intends to vigorously challenge the USPO's proposed enhancements to his federal sentencing guidelines.

5. That the USA has no objection to this motion.

6. If, in keeping with the Court's practice of setting sentencing hearings for Monday, this matter is re-set to a Monday after October 8, 2019, Defendant and his counsel are available for the matter to be re-set except for October 28, 2019 and November 25, 2019.

7. Defendant remains in compliance with his supervised pre-trial release and continues to be fully employed.

8. Defendant's first born child is expected at the end of August 2019.

WHEREFORE, Defendant Witcher respectfully prays that this Court continue his sentencing hearing to a date after October 8, 2019.

VICTOR RAMEL CHANCLER WITCHER
BY COUNSEL

_____
Tracy Weese, Esq., (WVSB #5126)
CJA Counsel for Defendant Witcher
POB 3254
Shepherdstown, WV 25443
(304) 264-0595 / fax (304) 264-9565
trweese@earthlink.net

CERTIFICATE OF SERVICE

I, Tracy Weese, CJA Counsel for Defendant Witcher, hereby certify that on August 13, 2019, the foregoing DEFENDANT WITCHER'S MOTION TO CONTINUE SENTENCING was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Lara Kay Omps-Botteicher<br>
217 W. King Street<br>
Martinsburg, WV 25401<br>
lara.omps-botteicher@usdoj.gov

_____
Tracy Weese