# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

UNITED STATES OF AMERICA,

      Plaintiff,

v.                        CRIMINAL CASE NO: 3:18cr60(02)
                                    (GROH)

VICTOR RAMEL CHANCLER WITCHER,

      Defendant.

## DEFENDANT WITCHER'S SECOND MOTION TO CONTINUE SENTENCING

Comes now, Defendant Witcher and moves this Court to continue his sentencing hearing from September 14, 2020 to a date after December 1, 2020. In support of his motion, Defendant states the following:

1. That Defendant appeared on May 13, 2019 for a change of plea hearing pursuant to a plea agreement.

2. That by paperless order [Doc. 165] this Court set Defendant's sentencing for Monday, September 14, 2020 @ 2:30 p.m.

3. That Counsel for Defendant recently located a psychologist to conduct a risk assessment evaluation via telahealth to aid in preparation for sentencing; the first available date for the evaluation is September 20, 2020 with a report to be produced between 30-45 days afterwards. The eVoucher

        authorization request has been submitted this date.

4.     Defendant's sentencing may take longer than normal as he intends to vigorously challenge the USPO's proposed enhancements to his federal sentencing guidelines.

5.     That the USA has no objection to this motion.

6.     If, in keeping with the Court's practice of setting sentencing hearings for Monday, this matter is re-set to a Monday after December 1, 2020, Defendant and his counsel are available for the matter to be re-set except for December 28, 2020 and January 4, 2021.

7.     Defendant remains in compliance with his supervised pre-trial release and continues to be fully employed.

WHEREFORE, Defendant Witcher respectfully prays that this Court continue his sentencing hearing to a date after December 1, 2020.

VICTOR RAMEL CHANCLER WITCHER
BY COUNSEL

_____
Tracy Weese, Esq., (WVSB #5126)
CJA Counsel for Defendant Witcher
POB 3254
Shepherdstown, WV 25443
(304) 264-0595 / fax (208) 279-3329
trweese@earthlink.net

CERTIFICATE OF SERVICE

I, Tracy Weese, CJA Counsel for Defendant Witcher, hereby certify that on August 24, 2020, the foregoing DEFENDANT WITCHER'S SECOND MOTION TO CONTINUE SENTENCING was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Lara Kay Omps-Botteicher
217 W. King Street
Martinsburg, WV 25401
lara.omps-botteicher@usdoj.gov

_____
Tracy Weese