# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**
     **Plaintiff,**

     V.                                                    Criminal Action No. 3:18cr60(02)

**VICTOR RAMEL CHANCLER WITCHER,**
     **Defendant.**

### DEFENDANT WITCHER'S MOTION TO CONTINUE SENTENCING

Now comes Victor Witcher, by and through his counsel, and moves this Court to continue his sentencing hearing currently scheduled for Monday, January 11, 2021 at 10:00 a.m.  Mr. Witcher has not signed a waiver allowing for the sentencing to take place via video and he wishes to wait until he can safely appear before the Court in person and call witnesses if necessary, which is not currently feasible due to COVID-19. Counsel for Mr. Witcher conferred with AUSA Omps-Botteicher on January 5, 2021 and she advised that the Government does not object to the motion and requested a sentencing date in April or May; Counsel for Witcher is available those dates **except on April 26 and May 3, 2021**.  Finally, while a continuance will briefly delay this matter, the delay will not cause serious harm to the interests of justice.

WHEREFORE, Counsel prays that this Court continue Victor Witcher's sentencing until after the Court deems it safe for the parties to appear in person and for such other and further relief·



_____
Tracy Weese, WVSB # 5126
CJA Panel Counsel for Victor Witcher
POB 3254
Shepherdstown, WV 25443
(304) 264-0595/ Fax (208) 279-3329
trweese@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, I electronically filed the foregoing DEFENDANT WITCHER'S MOTION TO CONTINUE SENTENCING with the Clerk of Court using the CM/ECF System, which will send notice of such filing to registered CM/ECF users and counsel for the United States of America.



_____
TRACY WEESE, ESQ.