# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

    V.                                  Criminal Action No. 3:18cr60(02)

**VICTOR RAMEL CHANCLER WITCHER,**
    **Defendant.**

### DEFENDANT WITCHER'S FOURTH MOTION TO CONTINUE SENTENCING

    Now comes Victor Witcher, by and through his counsel, and moves this Court to continue his sentencing hearing currently scheduled for Monday, May 3, 2021 at 2:00 p.m. Mr. Witcher has not signed a waiver allowing for the sentencing to take place via video as he wishes to wait until he can safely appear before the Court in person and call witnesses, if necessary, which is not currently feasible due to COVID-19. Counsel for Mr. Witcher conferred with AUSA Omps-Botteicher who advised that the Government does not object to the motion. Finally, while a continuance will briefly delay this matter, the delay will not cause serious harm to the interests of justice as Mr. Witcher remains fully compliant with his pre-trial supervision.

    WHEREFORE, Counsel prays that this Court continue Victor Witcher's sentencing until after the Court deems it safe for the parties to appear in person and for such other and further relief·



_____
Tracy Weese, WVSB # 5126
CJA Panel Counsel for Victor Witcher
POB 3254
Shepherdstown, WV 25443
(304) 264-0595/ Fax (208) 279-3329
trweese@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2021, I electronically filed the foregoing DEFENDANT WITCHER'S FOURTH MOTION TO CONTINUE SENTENCING with the Clerk of Court using the CM/ECF System, which will send notice of such filing to registered CM/ECF users and counsel for the United States of America.

_____
         TRACY WEESE, ESQ.