IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**
      **Plaintiff,**

**v.**                                            **CRIMINAL CASE NO:  3:18cr60(02)**
                                                             **(GROH)**

**VICTOR RAMEL CHANCLER WITCHER,**
      **Defendant.**

**UNOPPOSED MOTION TO ALLOW DEFENDANT TO
SELF REPORT FOR ANY PRISON SENTENCE**

     Defendant Victor Witcher moves this Court to allow him to self report for any sentence of incarceration.  Mr. Witcher states that he has been on pre-trial release since December 4, 2018.  Mr. Witcher has remained in full compliance with the conditions of his pre-trial release since that time.  Counsel for Defendant has conferred with counsel for the Government, AUSA Lara Omps-Botteicher, and the Government has no objection to this motion.

     WHEREFORE, Defendant Victor Witcher prays that *if* this Court issues a sentence of incarceration, he be allowed to self report.

Respectfully submitted:

*(signature)*

Tracy Weese, WVSB # 5126
CJA Panel Counsel for Victor Witcher
POB 3254
Shepherdstown, WV 25443
(304) 264-0595/ Fax (208) 279-3329
trweese@earthlink.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2021, I electronically filed the foregoing UNOPPOSED MOTION TO ALLOW DEFENDANT TO SELF REPORT FOR ANY PRISON SENTENCE with the Clerk of Court using the CM/ECF System which shall send notice to Counsel for the Government, AUSA Lara Omps-Botteicher at her email of:

Lara.Omps-Botteicher@usdoj.gov.

*(signature)*
_____
TRACY WEESE, ESQ.
CJA Panel Counsel for Victor Witcher
POB 3254
SHEPHERDSTOWN, WV 25443
(304) 264-0595